# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

M-B-W, INC., and BARIKELL S.r.l.,

        Plaintiffs/Counterdefendants,

  v.

MULTIQUIP, INC., and
ALLEN ENGINEERING CORPORATION,

        Defendants/Counterclaimants.

Case No. 07-C-390

MULTIQUIP, INC., and
ALLEN ENGINEERING CORPORATION,

        Counterclaimants,

  v.

M-B-W, INC., and BARIKELL S.r.l.,

        Counterdefendants.

## ORDER

Before the Court is Plaintiffs' First Motion to Amend Its Affirmative Defenses and Counterclaims, whereby plaintiffs seek to amend its Affirmative Defenses and Counterclaim to add specific allegations that J. Dewayne Allen, an inventor of the patents-in-suit, and his patent counsel, Stephen D. Carver, engaged in inequitable conduct before the United States Patent & Trademark Office during the application and prosecution of the patents-in-suit. Plaintiffs' proposed Amended Answer to Defendants' Counterclaim and Counterclaim By Plaintiffs Against Defendants, Allen Engineering Corporation and Multiquip, Inc. is annexed hereto.

Upon due consideration, **IT IS ORDERED AND ADJUDGED** that Plaintiffs' First Motion to Amend Its Affirmative Defenses and Counterclaims is **GRANTED**. The Clerk is directed to file the Amended Answer to Defendants' Counterclaim and Counterclaim By Plaintiffs Against Defendants, Allen Engineering Corporation and Multiquip, Inc.

Dated at Milwaukee, Wisconsin, this 19th day of August, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge